RECEIVED
NOV - 9 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

In re:

JON C. THORNBURG, CHAPTER 13 TRUSTEE                MISC. NO. 10-36

### APPLICATION FOR SPECIAL ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA TO REPRESENT JON C. THORNBURG AS CHAPTER 13 STANDING TRUSTEE IN ALEXANDRIA DIVISION OF THE BANKRUPTCY COURT

**TO THE HONORABLE JUDGE DEE DRELL:**

I, Jon C. Thornburg, hereby apply for an order to allow self-representation solely as trustee, solely in cases assigned to me as trustee, and solely in the Alexandria Division of the Bankruptcy Unit of the District Court for the Western Division of Louisiana, and respectfully request as follows:

1.

I was appointed Standing Chapter 13 Trustee for all Chapter 13 bankruptcy cases in the Alexandria Division effective August 1, 2008.

2.

In 1993, I received a Juris Doctorate degree from National University School of Law, San Diego, California. While in law school I received the American Jurisprudence Award in Bankruptcy, was on Law Review, received other awards, and graduated Cum Laude.

3.

In 1993, I was admitted to practice before all State Courts of the State of California, the United States District Court of the Southern District of California, and the Ninth Circuit Court of Appeals.

4.

In 2001 I was admitted to practice before the United States Supreme Court.

5.

In 2003, I was admitted to practice before all State Courts of the State of Mississippi, the United States District Court of the Southern District of Mississippi, and the Fifth Circuit Court of Appeals.

6.

In 2007, I was certified by the American Board of Certification in Consumer Bankruptcy law.

7.

I have had no bar complaints filed against me. I have had no any disciplinary action taken against me. The appointment as trustee required the passing of an extensive Federal Bureau of Investigation background check.

8.

At the time of my graduation, National University School of Law was not an American Bar Association accredited law school. The semester following my graduation the school was sold to, or merged with, another law school and was accredited. According to the Louisiana Rules of Admission, since I did not graduate from an American Bar Association accredited law school, I am ineligible to be licensed to practice law in the State of Louisiana under any circumstances.

9.

The sole purpose in seeking Louisiana licensure was to appear in my capacity as trustee, in cases assigned to me as trustee, in the Bankruptcy Court in the Alexandria Division. Since state licensure and admission to the Louisiana bar is not available, this application is submitted.

10.

**WHEREFORE**, it is respectfully requested that an order be entered allowing my limited admission to the bar of this court to allow self-representation solely as trustee, in cases assigned to me as trustee, and solely in the Alexandria Division of the United States Bankruptcy Court, a unit of the District Court for the Western Division of Louisiana.

Alexandria, Louisiana, this 9th day of November, 2010.

Respectfully submitted,

By: _____
**JON C. THORNBURG**, Chapter 13 Trustee
209 C-Pecan Park Avenue
Alexandria, Louisiana 71303
PH: (318) 448-1730

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

In re:

JON C. THORNBURG, CHAPTER 13 TRUSTEE                MISC. NO.

CERTIFICATE OF SERVICE
ON APPLICATION FOR SPECIAL ADMISSION TO THE BAR OF THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
LOUISIANA TO REPRESENT SELF AS CHAPTER 13 STANDING TRUSTEE IN
ALEXANDRIA DIVISION OF THE BANKRUPTCY COURT

I hereby certify that a true and correct copy of the above and foregoing APPLICATION FOR SPECIAL ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA TO REPRESENT SELF AS CHAPTER 13 STANDING TRUSTEE IN ALEXANDRIA DIVISION OF THE BANKRUPTCY COURT has been furnished to the Office of the United States Trustee, Mr. R. Michael Bolen, U.S. Trustee, Region V, 400 Poydras Street, Suite 2110. New Orleans, Louisiana 70130; Office of the United States Trustee, Ms. Frances H. Strange, Assistant U.S. Trustee, Western District of Louisiana, Region V, 300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101-3079.

Alexandria, Louisiana, this 9th day of November, 2010.

Respectfully submitted,

By: _____
JON C. THORNBURG, Chapter 13 Trustee
209 C-Pecan Park Avenue
Alexandria, Louisiana 71303
PH: (318) 448-1730